## File Hashes for IP Address 74.96.92.147

**ISP:** Verizon FiOS
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/20/2014 04:54:14 | E09D511799E0D035BC6ED1F500A383F7408B18C7 | Risky Business |
| 06/25/2014 16:48:47 | 6E7102974A414617BB8B253010038E86E3C4B93D | Coming Late |
| 06/05/2014 22:55:59 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 05/24/2014 18:19:37 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 05/16/2014 11:03:53 | 075F4C7EE0EA4929091035DD533F85D5BB120D6F | It Has Always Been You |
| 04/26/2014 09:36:00 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 02/09/2014 09:39:28 | A43FA88766B104DA601190E070A189FB9D446402 | Three Way is the Best Way |
| 01/26/2014 20:33:18 | A43186CE0F1ECABA41DE92FE0F4AB00CD112FC6D | Arrest Me |
| 01/26/2014 20:24:42 | FD0B269279B7F1330CE463A47F61C4998D4D1F2D | Model Couple on Vacation |
| 01/17/2014 17:01:22 | 36E350AC2A4B2CEEBF3939C8A5154EB2F4EB0A7D | Fantasy Come True |
| 01/12/2014 20:40:47 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 01/12/2014 13:14:52 | 75F6F44501F0E0472C70A5870ABB57ACA3E1FCD2 | Awakening |
| 12/08/2013 23:04:40 | F4F54E2AF2559BF09A19F7A0BA0587F7E6DACF5A | A Sweet Moment |
| 12/08/2013 22:57:31 | 6D64481BDA05F43BE6C4A7F94DD9A675867C1A2C | Double Daydreams |
| 12/08/2013 22:46:00 | 63F6690982249BA9B11FF0EFC6679C75B0E1433D | Ready for Love |
| 12/08/2013 22:04:31 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 12/08/2013 21:53:34 | A71AE4C1FC040F2D1D62A27261BA6BC76C6D9690 | A Blonde in my Bedroom |
| 12/08/2013 21:41:53 | EA9871DB824159E8431575BE1EF3965DD0C6D0C6 | Good Night Kiss |
| 11/24/2013 21:00:52 | B83B2B451FFF165795F5E6EF18292168282C6359 | Grow Up With Me |
| 11/24/2013 20:39:15 | F689C016DF7F9CCDD02B4451A0F418C961553105 | Late for Work |
| 11/24/2013 16:36:42 | 2A425C2975427A8037691A0F1EF6F0D21CE2399E | I Love X Art |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

EVA95