Copyrights-In-Suit for IP Address 74.96.92.147

ISP: Verizon FiOS
Location: Alexandria, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Blonde in my Bedroom | PA0001869247 | 11/17/2013 | 11/21/2013 | 12/08/2013 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 01/12/2014 |
| A Sweet Moment | PA0001872967 | 12/03/2013 | 12/07/2013 | 12/08/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 01/26/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 01/12/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/25/2014 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 12/08/2013 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 01/17/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 12/08/2013 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/08/2013 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/24/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 11/24/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 11/24/2013 |
| It Has Always Been You | PA0001878424 | 02/06/2014 | 02/13/2014 | 05/16/2014 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 11/24/2013 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 01/26/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 04/26/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/08/2013 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 08/20/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/09/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 06/05/2014 |

EXHIBIT B

EVA95

**Total Malibu Media, LLC Copyrights Infringed: 21**

EXHIBIT B

EVA95